**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MARGURITE PARIANI,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 22 C 4115 |
| | ) |
| | ) Judge Rebecca R. Pallmeyer |
| | ) |
| **MEAD JOHNSON & COMPANY LLC**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### AMENDED MDL REMAND CLOSING ORDER

The court's previous MDL remand closing order dated 8/31/2022 [32] is vacated. The court, in error, transferred this case to the United States District Court for the Eastern District of California. Pursuant to the Memorandum Opinion and Order [31], this case is remanded, forthwith, to the Superior Court of the State of California, County of Solano, Case number FCS057968. The Clerk of the Court is directed to send a copy of this order to the United States District Court, Eastern District of California, forthwith.

ENTER:

Date: September 19, 2022

_____
REBECCA R. PALLMEYER
United States District Judge